### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>    Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of  WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.,*<br><br>    Plaintiff,<br><br>  vs.<br><br>Floyd E. Powell<br><br>    Defendant(s). | Adversary Proceeding<br>Case No. 19−51056−BLS |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
          ) ss
COUNTY OF NASSAU   )

I, Alison Moodie, being duly sworn, depose and state:

1. I am a Senior Case Manager with Epiq Class Action & Claims Solutions, Inc.,[2] the claims and noticing agent in the above-captioned proceeding.  Our business address is 1985 Marcus Avenue, Suite 200, Lake Success, New York 11042-1013.

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

[2] Epiq Class Action & Claims Solutions, Inc. acquired Garden City Group, LLC on June 15, 2018.

2.      On July 22, 2020, at the direction of Pachulski Stang Ziehl & Jones LLP, Counsel to

Plaintiff Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge Liquidation

Trust, I caused a true and correct copy of the **Entry of Default** [Docket No. 18] to be served by

first class mail on *The Floyd E Powell PO Box 1876, Albertville, AL 35950* (Defendant).[3]


                                                    /s/ Alison Moodie
                                                    Alison Moodie

Sworn to before me this
5th day of August, 2020
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

---

[3]      The envelopes used for service in included a legend which stated: "*Important Legal Documents Enclosed: Please direct a copy of the contents of this envelope to the President, Managing or General Agent.*"